# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1170. JAMES HERCHEL JOSLIN v. THE STATE.**

James Herchel Joslin pled guilty to two counts of aggravated assault, one count of possession of a firearm during the commission of a crime, and one count of possession of a firearm by a convicted felon on January 11, 2017. Joslin was sentenced on January 12, 2017 to a term of 30 years, with the first 20 years to be served in confinement and the remaining 10 years to be served on probation. Joslin filed a motion to modify sentence on November 28, 2017, which the trial court denied on December 12, 2017. On January 22, 2018, Joslin filed a pro se notice of appeal of the order denying his motion to modify his sentence. We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of the order to be appealed. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Joslin filed his notice of appeal 41 days after the entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/07/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*